# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

In re: COMPLIMENT, WILLIAM PAUL  
COMPLIMENT, JENNIFER KAY

Case No. 23-30163

Judge John P. Gustafson

Debtor(s)

## MOTION OBJECTING TO EXEMPTIONS PURSUANT TO BANKRUPTCY RULE 4003(b)

Now comes the Trustee and objects to the exemptions claimed on Schedule "C" pursuant to O. R. C.2329.66 (A)(10)(c) and requests the Court schedule a hearing on the same.

**/s/ Ericka S. Parker**  
Ericka S. Parker, Trustee

## MEMORANDUM

Bankruptcy Rule 4003(b) provides as follows:

"The trustee or any creditor may file objections to the list of property claimed as exempt within 30 days after the conclusion of the meeting of creditors held pursuant to Rule 2003(a) or the filing of any amendment to the list unless, within such period, further time is granted by the court. Copies of the objections shall be delivered or mailed to the trustee and to the person filing the list and the attorney for such person."

The Debtor is claiming an exemption in the Edward Jones Account in the amount of $9,000.00 under O. R. C.2329.66 (A)(10)(c). It is the Trustee's position that the Debtor may not exempt cash held on escrow for 6 months with attorney to settle their real estate matter which is placed into account within 30 days of the bankruptcy into Edward Jones under O. R. C.2329.66 (A)(10)(c). This was money specifically deposited during the preference period to avoid paying creditors. The Trustee therefore believes the exemption should be disallowed in entirety.

Respectfully submitted,

**/s/ Ericka S. Parker**  
Ericka S. Parker (0068217)  
Law Offices of Ericka S. Parker LLC  
P.O. Box 262  
Curtice, OH 43412  
(419) 243-0900  
Fax: (419) 243-0955

## CERTIFICATE OF SERVICE
## AND NOTICE PURSUANT TO LOCAL RULE 9013-1(a)

Please take note that the Respondent has fourteen days from service of this motion to file and serve a response or a request for a hearing, and that if a response or request is not timely filed with the court and served on the Movant c/o Ericka S. Parker, Law Offices of Ericka S. Parker LLC, P.O. Box 262, Curtice, OH 43412, the Court may grant the relief requested without hearing.

I certify that on 4/27/2023, a true and correct copy of the Objection to Exemption was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

JOHN F. KOSTYO, on behalf of COMPLIMENT, WILLIAM PAUL and COMPLIMENT, JENNIFER KAY, debtor(s) at JFK@KOSTYOLAW.COM
Office of the US Trustee at (Registered address) at usdoj.gov

And by regular U.S. mail, postage prepaid on:

COMPLIMENT, WILLIAM PAUL and COMPLIMENT, JENNIFER KAY, Debtor(s) at 5711 NORTH STATE ROUTE 53, TIFFIN, OH 44883

**/s/Ericka S. Parker**
Ericka S. Parker (0068217)
P.O. Box 262
Curtice, OH 43412
419-243-0900
FAX (419) 243-0955
esparker@sbcglobal.net